WILLIAM V. CULLEN, Appellant, *v.* STATE OF NEW YORK, Respondent.

(Claim No. 23428.)

Submitted April 11, 1938; decided April 19, 1938.

Motion to amend remittitur granted. Return of remittitur requested, and when returned it will be amended by striking therefrom the words " with costs." (See 277 N. Y. 541.)

ANNA T. HAVERSTICK, Appellant, *v.* CLARENCE HANSEN & SONS, INC., Respondent.

Submitted April 11, 1938; decided April 19, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 277 N. Y. 158.)

MANUFACTURERS TRUST COMPANY, as Trustee, Respondent, *v.* PECK-SCHWARTZ REALTY CORPORATION et al., Defendants, and PIEDMONT HOLDING CORPORATION, Appellant.

Submitted April 11, 1938; decided April 19, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 277 N. Y. 283.)